1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10

REGJUAN DONNELL LINDSEY,

Case No.  1:23-cv-01078-KES-EPG (PC)

11

Plaintiff,

ORDER ADOPTING IN FULL
FINDINGS AND RECOMMENDATIONS

12

v.

TO DISMISS ACTION WITH PREJUDICE,
AND DIRECTING THE CLERK OF COURT

13

PEOPLE OF THE STATE OF
CALIFORNIA, et al,

TO CLOSE THE CASE

14

Defendant.

(Doc. 15)

15

16

17

18

Plaintiff RegJuan Donnell Lindsey is proceeding *pro se* and *in forma pauperis* in this civil

19

rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff generally alleges that correctional

20

officers used excessive force against him when Plaintiff refused to stand.  Doc. 13 at 3.  The

21

Court referred the matter to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B)

22

and Local Rule 302.

23

The assigned magistrate judge reviewed Plaintiff's complaint and issued a screening order

24

on August 21, 2023, finding that Plaintiff failed to state any claim but granting leave to amend

25

within 30 days.  Doc. 10.  After Plaintiff failed to file an amended complaint, on October 11,

26

2023, the assigned magistrate issued findings and recommendations that this case be dismissed

27

without prejudice for failure to prosecute and to comply with the court's orders.  Doc. 12.

28

Plaintiff then filed his first amended complaint on October 27, 2023.  Doc. 13.

1

1    On December 21, 2023, the assigned magistrate judge screened the First Amended

2  Complaint, vacated the court's previous findings and recommendations, and issued new findings

3  and recommendations recommending this case be dismissed with prejudice for failure to state a

4  claim.  Doc. 15.  On December 21, 2023, the Court served the new findings and recommendations

5  on Plaintiff and notified him that any objections were due within 14 days.  *Id.* at 6–7.  Plaintiff

6  has not filed any objections and the time to do so has lapsed.  *See* docket.

7    In accordance with 28 U.S.C. § 636 (b)(1) and Local Rule 304, the Court conducted a de

8  novo review of this case.  Having carefully reviewed the action, the Court determines that the

9  findings and recommendations are supported by the record and proper analysis.

10    Thus, the Court **ORDERS**:

11    1.    The Findings and Recommendations issued on December 21, 2023, Doc. 15, are

12          **ADOPTED** in full.

13    2.    This case is **DISMISSED**, with prejudice, for failure to state a claim.

14    3.    The Clerk of Court is directed to close this case.

15

16

17  IT IS SO ORDERED.

18    Dated:    May 19, 2024    _____

19                                 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2